IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLENN WALKER, | CASE NO. 1:09-cv-01183-LJO-JLT |
| Plaintiff, | ORDER DENYING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | (Doc. 20) |
| BRAND ENERGY SERVICES, LLC., | |
| Defendant. | |

The parties have stipulated to modify the Scheduling Order issued October 8, 2009. (Doc. 17). That order provided required that dispositive motions be filed no later than May 28, 2010 and be heard no later than June 30, 2010. (Id. at 3). The parties now seek a one-month continuance of these deadlines so that they may have "additional time to conduct a settlement conference." (Doc. 20 at 1). The parties offer no further explanation.

Based thereon, the Court finds that the parties have failed to establish good cause to modify the Scheduling Order. Accordingly, IT IS HEREBY ORDERED that the request to modify the Scheduling Order is **DENIED**.

IT IS SO ORDERED.

Dated:   **May 28, 2010**                                              /s/ Jennifer L. Thurston
                                                                                   UNITED STATES MAGISTRATE JUDGE

1