IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLENN WALKER,<br><br>    Plaintiff,<br><br>  v.<br><br>BRAND ENERGY SERVICES, LLC.,<br><br>    Defendant. | CASE NO. 1:09-cv-01183-LJO-JLT<br><br>ORDER SETTING SETTLEMENT<br>CONFERENCE ON JULY 14, 2010<br><br>(Doc. 30) |

The parties have jointly requested the Court scheduled a settlement conference. (Doc. 30)

Based thereon, the Court **GRANTS** the request and orders that a Settlement Conference be scheduled on July 14, 2010 at 9:00 a.m. before Magistrate Judge Jennifer L. Thurston. The conference will be held at 1200 Truxtun Avenue Suite 120, Bakersfield, CA 93301.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements. To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

**CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

At least five court days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judges chambers by email to jltorders@caed.uscourts.gov, a confidential settlement conference statement. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon. Counsel are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

The Confidential Settlement Conference Statement shall include the following:

A. A brief statement of the facts of the case.

B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C. A summary of the proceedings to date.

D. An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E. The relief sought.

F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:   **June 7, 2010**                                  /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE